IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **DOMINIC SILVESTER**<br>310 E. 53RD Street, Apt. 22C<br>New York, New York 10022 | * <br> * <br> * | ____FILED  ____ENTERED<br>____LOGGED ____RECEIVED |
| and | * | AUG -5 2014 |
| **JULIE SILVESTER**<br>310 E. 53RD Street, Apt. 22C<br>New York, New York 10022 | * <br> * <br> * | AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |
| Plaintiffs | * | CASE NO. JKB 14 cv 2481 |
| v. | * | |
| **THE JOHNS HOPKINS HOSPITAL**<br>600 North Wolfe Street<br>Baltimore, Maryland 21218 | * <br> * <br> * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant Title 28 U.S.C. §1441, Defendant, The Johns Hopkins Hospital, hereby files this Notice of Removal and states as follows:

1. On or about June 23, 2014, Plaintiffs commenced a lawsuit entitled Dominic Silvester, et al. v. The Johns Hopkins Hospital, Case No. 24-C-14-003872, in the Circuit Court for Baltimore City, copies of the Complaint and Summons were served on The Johns Hopkins Hospital on or about July 21, 2014.

2. Pursuant to Title 28 U.S.C. §1446(a), Defendant The Johns Hopkins Hospital has attached as **Exhibit A**, a copy of the Complaint and Summons that were served in the above-captioned Circuit Court action. The documents attached as Exhibit A represent all the process,

pleadings and orders served upon The Johns Hopkins Hospital in the Circuit Court action. No further proceedings have occurred in the Circuit Court for Baltimore City.

3. Plaintiffs, upon information and believe were, at the time of the Circuit Court action was commenced, and still are, citizens of New York.

4. The Johns Hopkins Hospital is a Maryland corporation, with its principal place of business in Baltimore City, Maryland.

5. This action is a civil action in which the Plaintiffs claim medical malpractice on the part of John K. Niparko, M.D., an agent, servant and employee of The Johns Hopkins Hospital. Plaintiffs allege that Mr. Silvester suffered injuries as a purported result of negligent treatment by Dr. Niparko. Upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.

6. This case is removable to this United States District Court by virtue of the amount in controversy and the complete diversity that exists between Plaintiffs and Defendant. Consequently, this Court has jurisdiction over this dispute pursuant to Title 28 U.S.C. §1332, and the case may be removed pursuant to Title 28 U.S.C. §1441.

7. Pursuant to Title 28 U.S.C. §1446(b), this Notice of Removal is filed with this Court within 30 days after receipt by the Defendant, through service or otherwise, of the initial pleading, setting forth the claim for relief upon which the above-referenced Circuit Court action is based.

WHEREFORE, The Johns Hopkins Hospital, respectfully requests that the above-referenced action be removed from the Circuit Court for Baltimore City to this Court.

Respectfully submitted,

*/s/ Anthony J. Breschi*

John T. Sly (Federal Bar No. 26608)
Anthony J. Breschi (Federal Bar No. 4553)
JSly@waranch-brown.com
ABreschi@waranch-brown.com
WARANCH & BROWN, LLC
1301 York Road, Suite 300
Lutherville, Maryland 21093
(410) 821-3500
(410) 821-3501 – Facsimile
**Attorneys for Defendant,
The Johns Hopkins Hospital**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2014, a copy of the foregoing Notice of Removal was mailed, first class, postage prepaid, to:

Paul D. Bekman, Esquire
Jeffrey S. Quinn, Esquire
Salsbury, Clements, Bekman, Marder & Adkins, LLC
300 W. Pratt Street, Suite 450
Baltimore, Maryland 21201

**Attorneys for Plaintiffs**

Anthony J. Breschi